FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 14 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

CASE NO. 4:17CV-750-JM-JJV

Jury Trial: ☒ Yes ☐ No
(Check One)

I.   Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A.   Name of plaintiff: Steven L. Ellis
        ADC # _____

        Address: _____

        Name of plaintiff: _____
        ADC # _____

        Address: _____

        Name of plaintiff: _____
        ADC # _____

        This case assigned to District Judge Moody
        and to Magistrate Judge Volpe

        Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

   B.   Name of defendant: Angela Brown

        Position: Jail nurse

        Place of employment: White Co. Detention Center

        Address: 1600 E booth Rd. Searcy ARK 72143

        Name of defendant: Ashley Bagwell

        Position: L.P.N

-4-

Place of employment: 1600 E Booth Rd. W.C.D.C

Address: 1600 East booth Rd Searcy Ark 72143

Name of defendant: Turn Key Health

Position: Provider (Health)

Place of employment: Sub out to W.C.D-C.

Address: only address know by plaintiff. is 1600 E. Booth Rd searcy Ark. 72143

Name of defendant: MR Brandon Grimes

Position: Capt. over Jail

Place of employment: 1600 E. Booth Rd W.C.D.C

Address: 1600 E. Booth Rd Searcy Ark 72143

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No X

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

☐     Court (if federal court, name the district; if state court, name the county):

_____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

IV. Place of present confinement: W.C.D.C. White Co Detention Center Searcy ARK 72143

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

**X** in jail and still awaiting trial on pending criminal charges

____ serving a sentence as a result of a judgment of conviction

____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes **X**    No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure? Yes! Plaintiff Plaintiff filled out sick call sheet after plaintiff got back from a stay over 24 hours to nurse that he needed more medical help. To both nurse staff then capt. Grimes.

-6-

Yes  X    No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff on 11-3-17 became very dizzy and had chest pains. Nurse Hall and Officer Raven Dru looked and accessed me and then sent me to out side hospital. I was Kept and told by White co hospital Doctor that plaintiff had Neurapathy along w/other medical issues. Doctor prescribed med and other follow up appt. that is needed to help plaintiff with his medical issues. and help live a productive life. Only to be back at W.C.D.C. in medical and the L.P.N. said she Knew it was only heartburn when she found out I went to W.C.H. She (L.P.N.) then cut me off the med medication that The Doctor (Not L.P.N.) put me on a has even off meds that keep me (Plaintiff) from shaakn badly due to My nerve damage. Staten she (Ashley Bagwell) want to put me on. That being only prilosec for the Heartburn. Nothing more. Prilosec is even Dangerous to some. Lawsuit has been filed on that Company and drug! I've in the past year alone had to be admitted twice out of three time at W.C.M.C. that I've went for dizzyness? Blackouts. Ashley Bagwell cut out and didn't even let me start the medication to even see if that would help. Ashley Bagwell diagnosed me just by looking at me. Thats not possible. Theres not a way it could be done. And after I seen the discharge papers myself and a nurse at W.C.M.C. went over said discharge papers before I signed. and NO where was it stated my diagnose was heartburn. my medical problems still exist. And Nurse Angela, Ashley Bagwell; Capt. Brandon Grimes look on with Blind eyes. And with No merit. Thats unproffesional on both Grimes & Nurses. But But unethical & unproffesional on nurses part.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the Courts to investcate the medical and staff of W.C.D.C. fix all problems dealing with medical at any point if Plaintiff is back then sees he is done fairly along with all inmates at all times. To deal with all the pain & suffering i had to go through as well as my mental anguish

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20____.

_____

_____

_____
Signature(s) of plaintiff(s)