# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

STEVEN L. ELLIS                                                  PLAINTIFF

v.                            4:17cv00750-JM-JJV

ANGELA BROWN, Nurse,
White County Detention Center; *et al.*                         DEFENDANTS

## **PROPOSED FINDINGS AND RECOMMENDATIONS**

## **INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge James M. Moody, Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

       1.       Why the record made before the Magistrate Judge is inadequate.

       2.       Why the evidence proffered at the hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Steven L. Ellis ("Plaintiff"), an inmate at the White County Detention Facility, filed this action *pro se* and pursuant to 42 U.S.C. § 1983. (Doc. No. 1.) His Complaint was not signed. (*Id*. at 5.) On November 16, 2017, I ordered Plaintiff to submit a signed Complaint within twenty-one (21) days. (Doc. No. 2.) A copy of the Complaint was mailed to Plaintiff on that same date. The deadline has passed, and Plaintiff has not complied with or otherwise responded to that Order, despite being warned a failure to do so would result in a recommendation of dismissal.

Therefore, Plaintiff's Complaint should be dismissed without prejudice. *See* Fed. R. Civ. P. 11(a) ("The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention."). If Plaintiff desires to proceed with this action, he may submit a signed Complaint with his objections to this recommendation.

IT IS, THEREFORE, RECOMMENDED that:

1. Plaintiff's Complaint (Doc. No. 1) be DISMISSED without prejudice.

2. Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (Doc. No. 4) be DENIED as moot.

3. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 11th day of December, 2017.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE