IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEVEN L. ELLIS                                                                                      PLAINTIFF

v.                                             4:17CV00750-JM

ANGELA BROWN, Nurse,
White County Detention Center; *et al.*                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. In his Objections, Plaintiff stated that he would be released from custody on December 23, 2017 and would retain an attorney at that time. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice.

2. Plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (Doc. No. 4) is DENIED as moot.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 2nd day of January, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1